denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALL-PACKAGE GROCERY STORES COMPANY, INC., v. HUGH MCATAMNEY. — Motion granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY KIRCHMAN.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANCO-AMERICAN CHEMICAL COMPANY v. B. T. BABBITT.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BURTON J. WILKE v. CHARLES J. DIEL.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT P. PAUWELS v. PAUL SALVIN.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MANUEL SACHAROWITZ v. RICKERT-FINLEY REALTY COMPANY.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ABRAHAM PEARL v. FRED M. SOLOMON.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY v. THE CITY OF NEW YORK.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LIVINGSTON RADIATOR AND MANUFACTURING COMPANY v. MORTON TRUCK AND TRACTOR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RICHARD BLOCH v. BERT N. MARCUS.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RICHARD BLOCH v. BERT N. MARCUS.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FARMERS LOAN AND TRUST COMPANY v. MARY A. B. WAGSTAFF and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MORGAN MUNITIONS SUPPLY COMPANY v. STUDEBAKER CORPORATION.— Motion denied.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of GEORGE F. CANFIELD and Another.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HUGH M. CREIGHTON v. COMMERCIAL ADVERTISING ASSOCIATION.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LEONA HOLDING COMPANY v. ERNEST A. BIGELOW.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.